UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERRY THOMAS,

    Plaintiff,

v.                                  Case No. 3:16cv22-RV-CJK

J. CHESSHER, T.K. DEAN,
and J. SCHROCK

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On August 15, 2017, the undersigned entered an order (doc. 13) advising that before service of process could be effected, plaintiff was required to provide the court with 1 additional service copy of his amended complaint and a waiver form for each defendant. The undersigned allowed plaintiff 21 days in which to submit the documents and advised that, once they were received, the undersigned would direct the U.S. Marshals Service to serve the defendants. The undersigned further advised that failure to submit the documents would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

After more than 21 days passed and plaintiff failed to submit the service copy and waiver forms, the undersigned entered an order directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court.  More than 14 days have passed and plaintiff has not responded.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2.  That the Clerk be directed to close the file.

At Pensacola, Florida this 25th day of September, 2017.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  See U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**